IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**GRETCHEN B. MARSZALK,**

    **Plaintiff,**

vs.                                    Case No. 3:05cv66-MCR/WCS

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

    **Defendant.**
_____/

## REPORT AND RECOMMENDATION

Pending is Plaintiff's Petition for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA").  Doc. 31.  Defendant has filed a response to the application advising the court that the parties have agreed to EAJA fees in the amount of $6,942.60 and reimbursement of the $250.00 filing fee.  Doc. 32.

In light of the above, it is **RECOMMENDED** that:

Plaintiff's petition for EAJA attorney's fees, doc. 31, be **GRANTED** and the court order that the Secretary certify and pay to Plaintiff's attorney $6,942.60, as a reasonable fee and reimburse Plaintiff's attorney the $250.00 filing fee.

**IN CHAMBERS** at Tallahassee, Florida, on May 18, 2006.

                                                     s/  William C. Sherrill, Jr.
                                                     **WILLIAM C. SHERRILL, JR.**
                                                     **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**