**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

GRETCHEN B. MARSZALK,

    Plaintiff,

vs.                                            Case No. 3:05cv66-MCR/WCS

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation.  The Plaintiff has previously been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a de novo determination of those portions to which an objection has been made.

    Having considered the Report and Recommendation and any objections thereto timely filed by the parties, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's petition for attorney's fees, doc. 31, is GRANTED.  The Defendant shall certify and pay to Plaintiff's counsel the sum of $6,942.60 as a reasonable attorney's fee.  The Commissioner shall also reimburse Plaintiff's filing fee in the amount of $250.00.

    **DONE AND ORDERED** this 19th day of June, 2006.

                                                    s/ *M. Casey Rodgers*
                                                    **M. CASEY RODGERS
                                                    UNITED STATES DISTRICT JUDGE**